HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD and GERI RIPLEY, individually and on behalf of their marital community,

    Plaintiffs,

v.

MERCK & CO., INC.,

    Defendant.

NO. C05-5336 FDB

PROPOSED ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS MATTER having come before the Court on the parties' Stipulation and Agreed Motion Staying All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, and the Court being fully advised and having reviewed the Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED all proceedings in the above case are stayed.

DATED this 1st day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - 1
[C05-5336 FDB]

1727581.1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | PRESENTED BY: | |
| 5 | s/ Rob Williamson, WSBA #11387 | s/ Douglas A. Hofmann, WSBA #06393 |
| 6 | Kim Williams, WSBA #9077<br>Attorneys for Plaintiffs | Jeffrey R. Johnson, WSBA #11082<br>Attorneys for Defendant Merck & Co., Inc. |
| 7 | Williamson & Williams<br>811 First Avenue, Suite 620 | Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100 |
| 8 | Seattle, WA  98104<br>Telephone:  (206) 587-6834 | Seattle, WA  98101-2380<br>Telephone:  (206) 628-6600 |
| 9 | Fax:  (206) 587-6835<br>E-mail:  robw@williamslaw.com | Fax:  (206) 628-6611<br>E-mail:  dhofmann@wkg.com |
| 10 | E-mail:  kim@williamslaw.com | E-mail:  jjohnson@wkg.com |

Mark A. Griffin, WSBA #16296
Amy N.L. Hanson WSBA #28589
Attorneys for Plaintiffs
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  (206) 623-1900
Fax:  (206) 623-3384
E-mail:  mgriffin@kellerrohrback.com
E-mail:  ahanson@kellerrohrback.com

PROPOSED ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - 2
[C05-5336 FDB]

1727581.1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600